

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

NATHAN J. PRICE

Case No. 2:25mj268
Court Date: January 7, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor – Violation Notice 7500929

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 26, 2025, at Naval Support Activity Hampton Roads, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, NATHAN J. PRICE, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Ashley.Young@usdoj.gov


**24 November 2025**
_____
Date